# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00140-CV

---

**Dedric Dixon, Appellant**

**v.**

**Sylvia Griffith Sanders, Kevin W. Boyd, Albert Jackson, and James Dixon, Appellees**

---

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-004019, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

---

### M E M O R A N D U M   O P I N I O N

Dedric Dixon attempts to appeal from the district court's "Order Denying Bench Warrant." By letter dated April 29, 2024, the Clerk of this Court informed Dixon that this Court appears to lack jurisdiction because there is no final judgment or appealable interlocutory order. The Clerk requested that Dixon file a response by May 9, 2024, explaining how this Court may exercise jurisdiction over this matter. More than ten days have passed, and Dixon has not filed a response.

This Court has jurisdiction over appeals from final judgments and from certain interlocutory orders made appealable by statute. *In re Guardianship of Jones*, 629 S.W.3d 921, 924 (Tex. 2021). An order denying a motion for a bench warrant is not independently appealable. *See In re Marriage of Hernandez & McCreary*, No. 12-17-00397-CV, 2018 WL 524864, at *2 (Tex. App.—Tyler Jan. 24, 2018, no pet.) (mem. op.); *Ex parte M.B.*,

No. 02-17-00070-CV, 2017 WL 2805871, at \*1 (Tex. App.—Fort Worth June 29, 2017, no pet.) (mem. op.). Absent a final judgment or other statutory authorization for this appeal, we lack jurisdiction over this appeal.

We dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Rosa Lopez Theofanis, Justice

Before Chief Justice Byrne, Justices Smith and Theofanis

Dismissed for Want of Jurisdiction

Filed: May 24, 2024